# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Abayomi H. Adeyemi dba Hope for Children<br>      Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION<br>      Movant<br>  vs.<br><br>Abayomi H. Adeyemi dba Hope for Children<br>      Debtor<br><br>Charles J. DeHart, III Esq.<br>      Trustee | CHAPTER 13<br><br><br><br>NO. 18-00595 HWV<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Automatic Stay of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about July 11, 2018 (Document No. 29). Both the Attorney for Movant and the Attorney for Debtor concur with the Praecipe to Withdraw.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          Attorney for Movant
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          Main Line: 215-627-1322

November 12, 2018