IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Abayomi H. Adeyemi | ) | Chapter 13 |
|     dba Hope for Children | ) | Case No. 18-00595 HWV |
|                Debtor | ) | |
| | ) | |
| Pnc Bank, National Association | ) | |
|                Movant | ) | |
| | ) | |
| Abayomi H. Adeyemi | ) | |
| dba Hope for Children | ) | |
|              Respondent | ) | |
| Charles DeHart, III, Trustee | ) | |

## DEBTORS' RESPONSE TO MOTION OF PNC BANK, NATIONAL ASSOCIATION MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, PNC Bank, National Association, filed its Motion for Relief from Stay on May 14, 2019.

2. Debtor believes he has made all or substantially all the payments required. Debtor asserts the arrears figures stated in Movant's Motion for Relief are incorrect.

3. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Abayomi H. Adeyemi, prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed May 14, 2019 by PNC Bank, National Association.

Dated: May 28, 2019                                                       Respectfully Submitted,

/s/Stephen Wade Parker
Stephen Wade Parker (315606)
Counsel for Debtors
Mooney Law
2 S. Hanover Street
Carlisle, PA 17013
Swp@mooney4law.com
(717) 243-4770 Phone
(717) 632-3612 Fax