# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Abayomi H. Adeyemi**  
Debtor(s)

Case No. **1:18-bk-00595**  
Chapter **13**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **Park Overlook Townhomes Assoc**

Address: **c/o Anastasia Michaels, Esq.**
**P.O. Box 428**
**Frederick, MD 21705**

**Please be advised that effective April 30, 2020**
**The Creditor's new mailing address is:**

Name: **Park Overlook Townhomes Assoc**

Address: **7540 N. Market Street**
**Frederick, MD 21701**

**/s/ Stephen Wade Parker**
**Stephen Wade Parker 315606**
Authorized Signer/Title