```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00595-HWV
Abayomi H. Adeyemi                                              Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AutoDocke          Page 1 of 1           Date Rcvd: Aug 04, 2020
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
5081134        +Wellspan Health,    1001 S George St,    York, PA 17403-3676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                          Signature:  /s/Joseph Speetjens

---

                      **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com
              Karina Velter     on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Matthew Christian Waldt     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
               agent for  The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates,
               Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Stephen Wade Parker     on behalf of Debtor 1 Abayomi H. Adeyemi Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | CHAPTER 13 |
| : | |
| ABAYOMI H. ADEYEMI : | CASE NO.: 1-18-bk-00595-HWV |
| dba HOPE FOR CHILDREN : | |
| Debtor : | |
| : | |
| CHARLES J. DEHART, III, TRUSTEE : | |
| Objectant : | |
| : | |
| vs. : | |
| : | |
| WELLSPAN HEALTH : | |
| aka YORK HOSPITAL : | |
| Claimant : | |

### ORDER

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No 10 of Wellspan Health aka York Hospital following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 10 of Wellspan Health aka as York Hospital shall be deemed untimely filed.

Dated: August 4, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)