IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ABAYOMI H. ADEYEMI	CHAPTER 13
           DEBTOR	CASE NO.: 1:18-bk-00595

NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtor Abayomi H. Adeyemi for the above referenced case.

          **By:** *Nicholas G. Platt*_____
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: June 29, 2021