# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Abayomi H. Adeyemi**  
Debtor(s)

Case No. **1:18-bk-00595**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-9666**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Abayomi H. Adeyemi** |
| Street: | **3944 Sheppard Drive** |
| City, State and Zip: | **Dover, PA 17315** |
| Telephone #: | **717-292-4019** |

**Please be advised that effective January 25, 2023,**
**my (our) new mailing address and telephone number is:**

| | |
|---|---|
| Name: | **Abayomi H. Adeyemi** |
| Street: | **776 Monet Drive** |
| City, State and Zip: | **Hagerstown, MD 2174 0** |
| Telephone #: | |

**/s/ Abayomi H. Adeyemi**  
**Abayomi H. Adeyemi**  
Debtor