United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Abayomi H. Adeyemi  
    Debtor

Case No. 18-00595-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 17, 2023      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Abayomi H. Adeyemi, 776 Monet Drive, Hagerstown, MD 21740-6346 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5023439 | + | Black Roofing & Construction, 7688 Scenic Drive, Shippensburg, PA 17257-8848 |
| 5023440 | + | Bryan Tillman, 417 Dunkirk Rd, Towson, MD 21212-1816 |
| 5023441 | + | Dover Township, 2480 W Canal Rd, Dover, PA 17315-3499 |
| 5023444 | + | Jan's auto, 120 E Market St, Hallam, PA 17406-1104 |
| 5023445 | + | John Hyams, 555 Gettysburg Pike, Suite C-402, Mechanicsburg, PA 17055-5201 |
| 5023447 | + | Larry Wolfe, 215 Broadway, Hanover, PA 17331-2503 |
| 5023449 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met Ed, 2800 Pottsville Pike, Reading, PA 19605 |
| 5023448 | + | Master Dry, LLC, 85 Lynnhaven Drive, Suite A, Martinsburg, WV 25404-6412 |
| 5061662 | + | MetEd/FirstEnergy, 101 Crawford's Corner Rd, Bldg 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5028241 | + | PENN WASTE INC, PO BOX 3066, YORK, PA 17402-0066 |
| 5051676 | + | Park Overlook Townhomes Assoc, 7540 N. Market Street, Frederick, MD 21701-4307 |
| 5023451 | + | Penn Waste, PO Box 306, York, PA 17405-0306 |
| 5028242 | + | THE LAW OFFICE OF BRYAN M TILLMAN LLC, C/O BRYAN M TILLMAN ESQ, 417 DUNKIRK ROAD, TOWSON, MD 21212-1816 |
| 5081134 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5036755 | | EDI: ATLASACQU | Mar 17 2023 22:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5023450 | | Email/Text: cfcbackoffice@contfinco.com | Mar 17 2023 18:37:00 | Mid America Bank & T, 121 Continental Dr Ste 1, Newark, DE 19713 |
| 5023442 | ^ | MEBN | Mar 17 2023 18:36:27 | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5023443 | | EDI: JPMORGANCHASE | Mar 17 2023 22:38:00 | J P Morgan, P.O. Box 901076, Fort Worth, TX 76101 |
| 5079229 | | EDI: JPMORGANCHASE | Mar 17 2023 22:38:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 5023446 | ^ | MEBN | Mar 17 2023 18:36:27 | KML Law Group, 701 Market St, # 5000, Philadelphia, PA 19106-1541 |
| 5052015 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2023 18:47:10 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5053642 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2023 18:37:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Newmark Drive, Miamisburg, OH 45342 |
| 5023452 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2023 18:37:00 | PNC Mortgage, P.O. Box 1820, Dayton,, OH 45401 |
| 5023453 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 17 2023 18:37:00 | Selective portfolio service, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5023454 | + | Email/Text: bankruptcy.notices@secumd.com | Mar 17 2023 18:37:00 | State Ecu, 971 Corporate Blvd, Linthicum, MD 21090-2342 |
| 5053674 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 17 2023 18:37:00 | The Bank of New York Mellon as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5023455 | + | Email/Text: bankruptcytn@wakeassoc.com | Mar 17 2023 18:37:00 | Valley Credit Service, Inc, Po Box 2162, Hagerstown, MD 21742-2162 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5046853 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Bernadette Irace | on behalf of Creditor The Bank of New York Mellon as Trustee birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK N.A. bkgroup@kmllawgroup.com |

Lorraine Gazzara Doyle
    on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 ldoyle@logs.com, LOGSECF@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor The Bank of New York Mellon as Trustee ldoyle@logs.com LOGSECF@logs.com

Matthew Christian Waldt
    on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Nicholas G. Platt
    on behalf of Debtor 1 Abayomi H. Adeyemi ngp@mooney4law.com plattnr61895@notify.bestcase.com

Roger Fay
    on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 rfay@milsteadlaw.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Abayomi H. Adeyemi (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–9666<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:18-bk-00595-HWV | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Abayomi H. Adeyemi
    dba Hope for Children

3/17/23

**By the court:** _(signature)_

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**