# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Abayomi H Adeyemi

Case No.: 1-18-00595HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PNC NA |
| Court Claim Number: | 6 |
| Last Four of Loan Number: | 6393 |
| Property Address if applicable: | 3944 Sheppard Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $4,598.46 |
| b. | Prepetition arrearages paid by the trustee: | $4,598.46 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $4,598.46 |

### PART 3: POSTPETITION MORTGAGE PAYMENT
Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 28, 2023

                                                            Respectfully submitted,

                                                            /s/ Jack N. Zaharopoulos
                                                            Standing Chapter 13 Trustee
                                                            Suite A, 8125 Adams Drive
                                                            Hummelstown, PA  17036
                                                            Phone:  (717) 566-6097
                                                            Fax:  (717) 566-8313
                                                            email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Abayomi H Adeyemi

Case No.: 1-18-00595HWV
Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 28, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
PNC NA
Att: Bankruptcy
3232 Newmark Dr
Miamisburg OH 45342

Abayomi H Adeyemi
776 Monet Dr
Hagerstown MD 21740

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 28, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-00595    ABAYOMI H. ADEYEMI

**PNC BANK**  
BANKRUPTCY DEPT  
3232 NEWMARK DR  
MIAMISBURG, OH  45342

Sequence: 07  
Modify:  
Filed Date:  
Hold Code: D

Acct No: 6393/RMMP

LOAN  MOD 1ST AP

| | | |
|---|---|---|
| Amt Sched: $179,154.11 | Debt: $91,969.20 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $4,598.46 | Accrued Int: $0.00 |
| | | Balance Due: $87,370.74 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5010** | **PNC BANK** | | | | | | | |
| 501-0 | PNC BANK | | 08/09/2018 | 1190289 | $1,532.82 | $0.00 | $1,532.82 | 08/15/2018 |
| | | | | | | | Payment for 6/2018 | |
| 501-0 | PNC BANK | | 07/12/2018 | 1188926 | $1,532.82 | $0.00 | $1,532.82 | 07/18/2018 |
| | | | | | | | Payment for 5/2018 | |
| 501-0 | PNC BANK | | 05/15/2018 | 1186244 | $1,532.82 | $0.00 | $1,532.82 | 05/22/2018 |
| | | | | | | | Payment for 4/2018 | |
| | | | | Sub-totals: | $4,598.46 | $0.00 | $4,598.46 | |
| | | | | Grand Total: | $4,598.46 | $0.00 | | |