**Fill in this information to identify the case:**

Debtor 1    Abayomi H. Adeyemi

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number    18-00595 HWV

# Form 4100R

## Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** PNC BANK, NATIONAL ASSOCIATION        **Court claim no. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 6393
**Property address:**
3944 Sheppard Drive
Dover, PA 17315

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                              (a)    $ 4,908.60
b.  Total fees, charges, expenses, escrow, and costs outstanding:        + (b)    $ 0.00
c.  **Total.** Add lines a and b.                                         (c)    $ 4,908.60

Creditor asserts that the debtor(s) are contractually obligated for    02 / 01 / 2023
the postpetition payment(s) that first became due on:

| Debtor(s) | Abayomi H. Adeyemi | | Case Number (if known): 18-00595 HWV |
|---|---|---|---|
| | First Name  Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*             Date   04/12/2023
Michael Farrington
12 Apr 2023, 11:38:31, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Case 1:18-bk-00595-HWV   Doc 113   Filed 04/13/23   Entered 04/13/23 16:40:06   Desc
Document ID: 3bd74e4425426f34fa89f30413af8c1f3deef79c2c03d5e05ed096f...0d9e2bf
Main Document    Page 2 of 6

| | Last Updated by | SZTKW | | | | | |
|---|---|---|---|---|---|---|---|
| | Date Updated | 4/3/2023 | | | | | |
| | Case Number | 18-00595 | | | | | |
| | Filing Date | 2/15/2018 | | | | | |
| | Chapter Filed | 13 | | | | | |
| Transaction Date | All Funds Received | Post-Petition Amount Received | Post-Petition Payment Suspense Deposit / Disbursements | Post-Petition Payment Suspense Balance | Contractual Date Paid | Post Petition Date Paid | PP Payment Suspense |
| | | | Beginning Balances | $0.00 | | | |
| 5/21/2018 | $1,532.82 | $1,532.82 | | $0.00 | 4/1/2012 | 3/1/2018 | $64.71 |
| 7/27/2018 | $1,532.82 | $1,532.82 | | $0.00 | 5/1/2012 | 4/1/2018 | $64.71 |
| 8/2/2018 | | | $211.86 | $211.86 | | | |
| 8/14/2018 | $1,532.82 | $1,532.82 | | $211.86 | 6/1/2012 | 5/1/2018 | $64.71 |
| 8/17/2018 | $1,149.52 | $1,149.52 | $1,149.52 | $1,361.38 | | | |
| 2/19/2019 | $1,537.96 | $1,537.96 | $5.14 | $1,366.52 | 7/1/2012 | 6/1/2018 | $64.71 |
| 4/25/2019 MFR Requested | | | | $1,366.52 | | | |
| 7/19/2019 | $1,537.96 | $1,537.96 | $5.14 | $1,371.66 | 8/1/2012 | 7/1/2018 | $64.71 |
| 8/14/2019 | $1,537.96 | $1,537.96 | $5.14 | $1,376.80 | 9/1/2012 | 8/1/2018 | $64.71 |
| 12/18/2019 Agreed Order Filed | | ($1,376.80) | ($1,376.80) | $0.00 | | | |
| 12/8/2021 | $1,549.12 | $1,549.12 | $1,549.12 | $1,549.12 | | | |
| 1/18/2022 | $1,549.12 | $1,549.12 | $1,549.12 | $3,098.24 | | | |
| 1/24/2022 Loan Mod Maintenance | | | | $3,098.24 | Loan Modification Effective 11/1/2021 -- New due date 12/1/2021 | | |
| | | | | $3,098.24 | | | |
| 2/9/2022 | | | ($3,098.24) | $0.00 | 12/1/2021 | 12/1/2021 | |
| 2/9/2022 | | | | $0.00 | 1/1/2022 | 1/1/2022 | |
| 2/15/2022 | $1,549.12 | $1,549.12 | | $0.00 | 2/1/2022 | 2/1/2022 | |
| 3/10/2022 | $1,495.12 | $1,495.12 | $1,495.12 | $1,495.12 | | | |
| 4/14/2022 | $1,581.37 | $1,581.37 | | $1,495.12 | 3/1/2022 | 3/1/2022 | |
| 5/3/2022 | ($1,462.75) | ($1,462.75) | ($1,462.75) | $32.37 | | | |

| Date | Amount | | Amount | Date | Date |
|---|---|---|---|---|---|
| 5/16/2022 | $1,581.37 | | $1,581.37 | | |
| 6/10/2022 | $1,549.12 | | | $32.37 | 4/1/2022 |
| 7/25/2022 | $1,549.12 | | | $32.37 | 5/1/2022 |
| 9/6/2022 | $1,549.12 | | | $32.37 | 6/1/2022 |
| 10/4/2022 | $1,581.37 | | | $32.37 | 7/1/2022 |
| 11/15/2022 | $1,549.12 | | | $32.37 | 8/1/2022 |
| 12/12/2022 | $1,667.74 | | $41.37 | $32.37 | 9/1/2022 |
| **1/5/2023** | ($41.37) | | ($41.37) | $73.74 | 10/1/2022 |
| 1/26/2023 | $1,549.12 | | $1,549.12 | $32.37 | |
| 1/27/2023 | | | ($1,549.12) | $1,581.49 | |
| 2/1/2023 | $1,549.12 | | $1,549.12 | $32.37 | 11/1/2022 |
| 2/23/2023 | | | ($1,549.12) | $1,581.49 | |
| 3/20/2023 | $1,636.20 | | | $32.37 | 12/1/2022 |
| | | | | $32.37 | 1/1/2023 |
| | | | | $32.37 | |
| | | | | $32.37 | |
| | | | | $32.37 | |
| | | | | $32.37 | |
| | | | | $32.37 | |
| | | | | $32.37 | |
| | **$32,342.99** | **$30,966.19** | | | |

**$30,966.19**

| | |
|---|---|
| Total Suspense | $32.37 |
| PP Pmt Suspense | ($0.00) |
| Debtor Suspense | $32.37 |
| Post 1 Suspense | $0.00 |

$32.37

| | |
|---|---|
| Post 2 Suspense | $0.00 |

| | |
|---|---|
| PPFN Balance | $0.00 |

| | |
|---|---|
| Trustee Suspense | $0.00 |

| Due for | 2/1/2023 | 2/1/2023 |
|---|---|---|
| Contractual Pmts Due | | 0 |
| Current Date | | 4/6/2023 |
| Days Past Due | | -64 |

| PCN's Filed | Effective | Amount |
|---|---|---|
| POC | 2/1/2018 | $1,532.82 |
| MSP | 3/1/2018 | $1,532.82 |
| 12/21/2018 | 2/1/2019 | $1,537.96 |
| 1/7/2020 | 2/1/2020 | $1,531.36 |
| MSP | 9/1/2020 | $1,474.37 |
| MSP | 1/1/2021 | $1,479.16 |
| MSP | 12/1/2021 | $1,502.33 |
| MSP | 2/1/2022 | $1,581.37 |
| MSP | 12/1/2022 | $1,636.20 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Abayomi H. Adeyemi dba Hope for Children<br>                              Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>                              Movant<br>vs.<br><br>Abayomi H. Adeyemi dba Hope for Children<br>                              Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                              Trustee | BK NO. 18-00595 HWV<br><br>Chapter 13<br><br>Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## RESPONSE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 13, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Abayomi H. Adeyemi dba Hope for Children
776 Monet Drive
Hagerstown, MD 21740

Attorney for Debtor(s) – (via ECF)
Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331

Trustee – (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>April 13, 2023</u>

/s/ Michael P. Farrington
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com