United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 18-00595-HWV

Abayomi H. Adeyemi                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                          Page 1 of 2

Date Rcvd: Jun 27, 2023                  Form ID: fnldec                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Abayomi H. Adeyemi, 776 Monet Drive, Hagerstown, MD 21740-6346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Bernadette Irace | on behalf of Creditor The Bank of New York Mellon as Trustee birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK N.A. bkgroup@kmllawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor The Bank of New York Mellon as Trustee ldoyle@logs.com  LOGSECF@logs.com |

Lorraine Gazzara Doyle

on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 ldoyle@logs.com, LOGSECF@logs.com

Matthew Christian Waldt

on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Michael Patrick Farrington

on behalf of Creditor PNC BANK N.A. mfarrington@kmllawgroup.com

Nicholas G. Platt

on behalf of Debtor 1 Abayomi H. Adeyemi ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Roger Fay

on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 rfay@milsteadlaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Abayomi H. Adeyemi,                          Chapter        13
dba Hope for Children,

     **Debtor 1**                              Case No.       1:18−bk−00595−HWV


Social Security No.:
     xxx−xx−9666

Employer's Tax I.D. No.:


# FINAL DECREE


The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos


is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  June 27, 2023

**fnldec** (01/22)